FILED

MAR 23 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

<u>LONNIE GOODRICH  #22188-045</u>  )
<u>F.C.I. Gilmer</u>                 )
<u>P.O. box 6000</u>                 )
<u>Glenville, West Virginia</u>    , )
(Full name under which you were convicted, )
prison number, place of confinement, and   )
full mailing address)                      )
                                           )      **Petition for Habeas Corpus**
                                           )      **Pursuant to 28 U.S.C. § 2241**
                                           )
            Petitioner,                    )
    vs.                                    )
                                           )      Civil Action No. 3:23 cv 78
                                           )      (to be assigned by Clerk)
<u>WARDEN BROWN</u>                  , )
(Name of Warden or other authorized person )      Groh, Trumble, Sims
where you are incarcerated)                )
                                           )
            Respondent.                    )
_____)


**Important notes to read before completing this form:**

★  Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1. This petition concerns (check the appropriate box):

    ☐  a conviction
    ☑  a sentence
    ☐  jail or prison conditions
    ☐  prison disciplinary proceedings
    ☐  a parole problem
    ☐  other, state briefly: _____

**Attachment A**

_____
_____
_____

2. Are you represented by counsel?  ☐ Yes  ☑ No

   If you answered yes, list your counsel's name and address: __N/A__
   _____
   _____

3. List the name and location of the court which imposed your sentence:
   __United States District Court, Western District of Missouri, Kansas City Division__

4. List the case number, if known: __4:09-cr-00353-BCW-10 / 11-00303-01-cr-W-GAF__

5. List the nature of the offense for which the sentence was imposed:
   __( ct.1 ) conspiracy to distribute controlled substance__
   __( ct.2 ) conspiracy to controll a residence for the purpose of using and distributing cocaine base.__

6. List the date each sentence was imposed and the terms of the sentence:
   __July, 31, 2012 : 210 months career offender / five (5) years supervised release / September, 27, 2012; 210 months concurrent with the first sentence.__

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☑ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

    ☐ A jury
    ☑ A Judge without a jury
    ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

    ☑ Yes      ☐ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: __Eighth Circuit Court of Appeals__
    B. Result: __Per Curiam Affirmed__
    C. Date of Result: __June, 9, 2014__
    D. Grounds raised (List each one): __Interlocutory Appeal__

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☑ Yes      ☐ No

If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
        1. Name of Court: __United States District Court__

10 continued

    1. Name of court: United States Supreme Court
    2. Result: denied
    3. February, 4, 2016
    4. Writ of certiorari

Attachment A

    2. Nature of Proceeding: __18 U.S.C. § 3582__
    3. Grounds Raised: __Amendment 782__
    4. Did you receive an evidentiary hearing? ☐ Yes ☑ No
    5. Result: __denied__
    6. Date of Result: __December, 8, 2017__

B. Second post-conviction proceeding:
    1. Name of Court: __United States District Court__
    2. Nature of Proceeding: __28 U.S.C. § 2255__
    3. Grounds Raised: __sentence reduction__
    4. Did you receive an evidentiary hearing? ☐ Yes ☑ No
    5. Result: __denied__
    6. Date of Result: __April, 17, 2017__

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☑ Yes ☐ No Result: __denied__
    2. Second proceeding: ☐ Yes ☐ No Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: __the career offender guidelines prevents the Defendant from receiving the two level reduction under the amendment 782__

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

11 continued

Third post-conviction proceeding:
    1. Name of court: United States District Court
    2. Nature of proceeding: 18 U.S.C. § 3582
    3. Grounds raised: reduction of sentence First Step Act.
    4. No evidentiary hearing
    5. denied
    6. July, 31, 2020

Fourth post-conviction proceeding:
    1. Name of court: United States District Court
    2. Nature of proceeding: 18 U.S.C. § 3582
    3. Grounds raised: Motion for compassionate release
    4. No evidentiary hearing was held
    5. denied
    6. October, 12, 2021

Attachment A

    C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
    D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
    E.    There is an unlawful detainer lodged against me.
    F.    I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
    G.    The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

    A.    Ground one: The Petitioner's career offender sentence is unconstitutionally illegal based on the amendments to the U.S.S.G. § 4B1.2 (b), which removed conspiracy charged drug offenses from the commentary notes as qualifying as a controlled substance offense for the purpose of enhancement under the career offender guidelines.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place). In April of 2012, Petitioner was found guilty of the charged count of conspiracy to distribute cocaine. In July of 2012, the district court sentenced the Petitioner to a term of 210 months as a career offender. In 2011, the district court issued a superseding indictment charging the Petitioner with conspiracy to maintain a residence for the

    B.    Ground two:

Ground one continued

Supporting facts: purpose of using and distributing cocaine base. In September of 2012, the district court sentenced the Petitioner to a current term of 210 months as a career offender. The second sentence was ran concurrent with the firts sentence.

In January of 2023, the Sentencing Commission amended the sentencing guidelines to define the terms of what constituted a crime of violence pursuant to § 4B1.1, and as to the definition of what constitutes a controlled substance offense for the purpose of enhancement pursuant to § 4B1.2 (b). In the amendment by the sentencing commission, the inchoate offense of conspiracy was removed from the commentary application notes of 4B1.2 (b). Thereby eliminating conspiracy charged offenses from the criteria of the definition of a drug offense. As such the Petitioner's 210 months career offender sentence is now unconstitutionally illegal under the guidelines wherefore, the Petitioner is no longer a career offender. This amendment by the sentencing commission constitutes a new statutory change of law that has yet to be made retroactive by the Supreme Court and Congress. The statutory changes to the guidelines went into affect in January of 2023.

Wherefore, the Petitioner now submitts his guideline challenge to this honorable court pursuant to 28 U.S.C. § 2241. As this court has jurisdiction to grant the instant petition under the savings clause of § 2255 (e).

**Attachment A**

_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____

C. Ground three: _____

_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____

D. Ground four: _____

_____
_____
_____
_____

Attachment A

Supporting facts:

_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome: This claim is based on a new statutory change of law that was previously unavailable to the Petitioner. Wherefore, the claim relies on the new statutory change of law made by the sentencing commission in January fo 2023.

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☐ Yes    ☑ No

   1. If your answer to "A" above was yes, what was the result:

   _____
   _____
   _____
   _____

Attachment A

    2.    If your answer to "A" above was no, explain:

    _____
    _____
    _____

B.    If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

    ☐ Yes    ☐ No

    1.    If your answer to "B" above was yes, what was the result:

    _____
    _____
    _____

    2.    If your answer to "B" above was no, explain:

    _____
    _____
    _____

15.    Relief: State here, as briefly as possible, exactly what you want the court to do for you:

    1.    Make **no** legal arguments.
    2.    Cite **no** cases or statutes.

The Petitioner moves this honorable court for an order directing the respondent to release the Petitioner from his term of incarceration. Whereby, the sentence imposed by the district court has legally expired due to the amendments to the sentencing guidelines that was enacted by the sentencing commission.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention. This claim is based on a new statutory change of law that has not been made retroactive by the supreme court or congress. As such the Petitioner cannot file a petition within the original court of jurisdiction pursuant to 28 U.S.C. § 2255 (h).

Signed this __16__ day of __MARCH__, __2023__
           (day)              (month)         (year)

_Mr. Lonnie Goodrich_
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __3/16/2023__   _Mr. Lonnie Goodrich_
                                    Your Signature